UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSUÉ PAGUADA, on behalf of himself and all :
others similarly situated,                  :                  20 Civ. 5730 (LGS)
                                            :
                      Plaintiff             :                  ORDER
                                            :
            -against-                       :
                                            :
POLTI USA, INC.,                            :
                                            :
                      Defendant.            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, the Court has been informed that the parties have reached a settlement in principle (Dkt. No. 13). Accordingly, it is hereby

**ORDERED** that by **October 28, 2020**, the parties shall file: (i) the settlement agreement and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015), *cert denied*, 136 S. Ct. 824 (2016); *see, e.g.*, *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable). The parties' letter shall include a detailed breakdown of counsel's time spent and expenses incurred if counsel is seeking attorneys' fees and expenses. It is further

**ORDERED** that any pending conferences and deadlines are CANCELLED.

Dated: September 28, 2020
       New York, New York

                                            _____
                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**